TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00170-CR

Mathis Miller, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0970437, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for aggravated robbery and burglary of
a habitation. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 42.2(a).

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 11, 1997

Do Not Publish